B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)                    EDVA (12/10)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division

In re: *Donald Wayne Andrews Sr*                    )
                                                    )
*[Set forth here all names including married, maiden, and]*    )    Case No. *14-36384-KRH*
*trade names used by debtor within last 8 years.]*    )
                                                    )    Chapter ____*7*____
                        Debtor                      )
                                                    )
Address *2408 Burgage Ave*                          )
*S. Prince George VA 27865*                         )
                                                    )
Last four digits of Social Security or Individual Tax-payer    )
Identification (ITIN) No(s).,(if any): ____*0072*____    )
                                                    )
Employer's Tax Identification (EIN) No(s).(if any):    )
_____    )

## NOTICE OF MOTION (OR OBJECTION)

____*Petitioner*_____ has filed papers with the court to ____*Protect*____

____*Education Records*_____.

**Your rights may be affected.** You should read these papers carefully and discuss
them with your attorney, if you have one in this bankruptcy case. (If you do not have an
attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if
you want the court to consider your views on the motion (or objection), then on or before
_____, you or your attorney must:

☐    File with the court, at the address shown below, a written request for a hearing
      [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail
      your request for hearing (or response) to the court for filing, you must mail it
      early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court

_____

_____

U.S. BANKRUPTCY COURT
RICHMOND DIVISION

2015 JAN 26  PM 12: 50

FILED

2

You must also mail a copy to:

☐    Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐    Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ ____m.  at United States Bankruptcy Court, _____
_____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _1/26/2015_

Signature, name, address and telephone number of person giving notice:

_Don Andrews_
_2408 Bugay Lane_
_S. Prince George  VA 23805_
Virginia State Bar No. _____
Counsel for _____

### Certificate of Service

I hereby certify that I have this _26_ day of ____Jan____, 20 _15_, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Donald Wayne Andrews, Jr.                Case No.: 14-36384-KRH

                                                Chapter: 7



## <u>MOTION TO FOR PROTECTIVE ORDER OF EDUCATION RECORDS</u>

COMES NOW Petitioner, and moves this honorable Court for a protective order of petitioner's education records. In support of this motion Petitioner states as follows:

1. Trustees Lubman and Pecoraro have requested several times that Petitioner disclose "Details regarding [Petitioner's] education background", and both Lubman and Pecoraro accused Petitioner several times of committing bankruptcy fraud by not disclosing "if [Petitioner] earned a diploma in school".

2. The information/documents requested are protected and privileged by the Family Education Rights and Privacy Act (FERPA) 20 USC 1232g.

3. The U.S. Trustee has demanded on several occasions Petitioner disclose his education background, which is utterly ridiculous, and not germane to Petitioner's bankruptcy petition.

4. Petitioner has properly disclosed all financial information related to his educational loans, and the Trustees Office has taken this disclosure as an invitation to go on a fishing expedition. The Trustees Office is clearly asking for elaborate and unnecessary documentation in an effort to seek a dismissal of the bankruptcy petition for non-compliance. All of this in an attempt to afford the attorneys from Wolcott Rivers Gates another attempt to have Petitioner incarcerated for attorneys fees.

5. The Petitioners filing of his bankruptcy petition in no way waives the protections afforded under the Family Education Rights and Privacy Act (FERPA) 20 USC 1232g.

6. Petitioner has a Fourth Amendment Right to Privacy and Section 107 does not mandate the disclosure of education records which are unnecessary for the Trustee to make an educated decision in regard to the bankruptcy petition.

WHEREFORE, Petitioner respectfully prays the Court enter an order allowing Petitioner not to disclose his education records.

Date: __1/25/2015__

Donald Wayne Andrews, Jr.
2408 Burgage Lane
S. Prince George, VA 23805
(757) 701-6904

## CERTIFICATE OF SERVICE

I hereby certify that a copy of MOTION TO FOR PROTECTIVE ORDER OF EDUCATION

RECORDS was mailed via first class mail on January 26, 2015 to:

U.S. Department of Justice
Office of the United States Trustee
701 E. Broad Street
Suite 4303
Richmond, VA 23219

Donald W. Andrews Jr., Plaintiff
2408 Burgage Lane
Petersburg, VA 23805