UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:       DONALD WAYNE ANDREWS, JR.,                    Case No. 14-36384-KRH
                                                           Chapter 7
                     Debtor.

### ORDER

On November 28, 2014 the Debtor, Donald Wayne Andrews, Jr., filed a voluntary petition pro se under Chapter 7 of the Bankruptcy Code. On March 13, 2015 the Debtor filed a "Motion for Clarification" (the "Motion") in response to being contacted in connection with a video of his § 341 meeting that the Debtor posted on YouTube (the "YouTube Video"). Federal Rule of Bankruptcy Procedure 9013 requires that a motion "state with particularity the grounds thereof, and shall set forth the relief or order sought." Fed R. Bankr. P. 9013; *see also* Local Bankruptcy Rule 9013-1(C) ("All motions . . . shall state with particularity the grounds thereof, and . . . set forth the relief or order sought."). The Debtor's Motion failed to satisfy the requirements of Bankruptcy Rule 9013. As the Debtor was not represented by counsel and was proceeding on his own pro se, the Court set the Motion for hearing on April 1, 2015 (the "Hearing") so that the Debtor might have an opportunity to address the Court. At the Hearing, the Debtor orally explained that he filed the Motion in order to preserve his First Amendment right to post the YouTube Video. The Debtor acknowledged that he had not been forced to remove the YouTube Video from the Internet and that it remained posted as of the Hearing Date. As the Debtor was not required to remove the YouTube Video from the Internet, the Court finds that there has been no violation of the Debtor's constitutional rights. The Motion is therefore moot.

In consideration whereof, it is

**ORDERED** that the Debtor's Motion be, and it hereby is, **DISMISSED**.

ENTERED: April 6, 2015

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: April 6, 2015

Copies to:

**Donald Wayne Andrews, Jr.**
2408 Burgage Lane
S. Prince George, VA  23805

**Bruce H. Matson**
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA  23218-2499

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219